UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 11CR3635-IEG |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER AND JUDGMENT TO DISMISS INDICTMENT WITHOUT PREJUDICE** |
| ISRAEL GARCIA-AVALOS, | ) | |
| Defendant. | ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing thereof,

**IT IS HEREBY ORDERED** that the Indictment in the above-referenced case be dismissed without prejudice as to defendant ISRAEL GARCIA-AVALOS.

**IT IF FURTHER ORDERED** that defendant ISRAEL GARCIA-AVALOS be released and remanded to the custody of the United States Department of Homeland Security.

**SO ORDERED.**

**DATED:  January 31, 2012**

_____
**IRMA E. GONZALEZ, Chief Judge
United States District Court**